**Order entered April 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01072-CR

**TONY J. STEED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1451467-T**

## ORDER
Before Justices Francis, Brown, and Stoddart

We **GRANT** the November 26, 2014 motion of Kathleen A. Walsh for leave to withdraw

as counsel for appellant. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as

counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order

and all future correspondence to Tony J. Steed, TDCJ # 01946806, Gurney Unit, 1385 FM 3328,

Palestine, TX 75803.


/s/      CRAIG STODDART
JUSTICE